*WO*

*UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

```
Juan Marcos Jimenez-Sanchez,)
                            )
                            )
            Petitioner,     )
                            )
      vs.                   ) JUDGMENT IN A CIVIL CASE
                            )
United States of America,   )  Case: CV-05-744-TUC-FRZ
                            )        CR-04-676-TUC-FRZ
            Respondent.     )
_____)
```

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #56 in CR-04-676-TUC-FRZ) is **DENIED** and this case (CV-05-744-TUC-FRZ) is **DISMISSED**.

December 22, 2005                RICHARD H. WEARE
Date                             CLERK

                                 S/ *M.  Michelle Mejia*

                                 M.  Michelle Mejia
                                    Deputy Clerk

Copies to:
J/B, FRZ, Jimenez-Sanchez, all Counsel